# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TASHIANA HOLLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.  CIV-2013-896-F |
| | ) |
| **CITY OF OKLAHOMA CITY, et al,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS (2) DANNY HERRERA, (3) PAUL BRONSON, AND (4) ERIC WENGER, INDIVIDUALLY

Now on this 25th day of March, 2014, pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate that all claims brought by Plaintiff against **Defendants (2) Danny Herrera, (3) Paul Bronson, and (4) Eric Wenger, individually,** be and hereby are dismissed with prejudice.  Each party to bear their own attorney fees and costs.  All Defendants have signed.


/s/ Robert J. Wagner
(signed with permission)
Robert J. Wagner, OBA #16902
WAGNER & WAGNER, P.C.
4401 N. Classen Blvd., Ste. 100
Oklahoma City, OK 73118-5038
(405) 521-9105, (Fax) 521-8994
rjw@wagnerfirm.com

Attorney for Plaintiff

/s/ Margaret McMorrow-Love
(signed with permission)
Margaret McMorrow-Love, OBA #5538
Matthew J. Love, OBA #21273
228 Robert s. Kerr Ave., Suite 540
Oklahoma City, OK 73102
(405) 235-3848
mcmorrowlove@sbcglobal.net
matthewjlove@sbcglobal.net

Attorneys for Defendant
DANNY HERRERA

/s/ Ambre C. Gooch
(signed with permission)
Ambre C. Gooch, OBA #16586
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105
(405) 524-2070
gooch@czwglaw.com

Attorney for Defendant
ERIC WENGER

/s/ Robert S. Lafferrandre
(signed with permission)
Randall J. Wood, OBA #10531
Robert S. Lafferrandre, OBA #11897
PIERCE COUCH HENDRICKSON
   BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Post Office Box 26350
Oklahoma city, OK 73126-0350
(405) 235-1611

Attorneys for Defendant
PAUL BRONSON

/s/ Brett M. Logan
Paula A. Kelly, OBA #20280
Brett M. Logan, OBA #30629
Assistant Municipal Counselors
200 North Walker, Suite 400
Oklahoma City, OK 73102
(405) 297-2451
paula.kelly@okc.gov
brett.logan@okc.gov

Attorneys for Defendant
CITY OF OKLAHOMA CITY